173 So. 914

**Dolph M. PERRY v. Lillian PERRY.**

**7 Div. 403.**

Supreme Court of Alabama.
Jan. 14, 1937.

Rains & Rains, of Gadsden, for appellant.

Joe Brown, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

2

174 So. 896

**Howard POWELL v. MARSHALL COUNTY.**

**8 Div. 749.**

Supreme Court of Alabama.
May 20, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

173 So. 914

**Bishop (alias Lee Bishop, alias Bish) ROWE v. STATE.**

**4 Div. 888.**

Supreme Court of Alabama.
April 8, 1937.

H. G. Tiller, of Geneva, and B. W. Smith, of Samson, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

There is no bill of exceptions, and, no error appearing on the record proper, the judgment of the Circuit Court is affirmed.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

173 So. 914

**Fred SMITH v. STATE.**

**8 Div. 796.**

Supreme Court of Alabama.
April 8, 1937.

Bradshaw & Barnett, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Fred Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Smith v. State, 27 Ala.App. 686, 173 So. 925.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

173 So. 914

**STATE v. R. H. McANELLY, as Probate Judge of Jackson County.**

**8 Div. 788.**

Supreme Court of Alabama.
March 29, 1937.

A. A. Carmichael, Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.

Proctor & Snodgrass, of Scottsboro, for defendant.

PER CURIAM.

Impeachment proceedings dismissed on motion of Attorney General, defendant having resigned, effective March 27, 1937.